**Opinion filed August 1, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00244-CR

_____

## IN RE NELSON GONGORA

**Original Mandamus Proceeding**

### M E M O R A N D U M   O P I N I O N

Relator, Nelson Gongora, has filed a pro se petition for writ of mandamus in this court. He requests mandamus relief against the following persons: the presiding judge of the 371st Judicial District Court of Tarrant County; the district clerk, Thomas A. Wilder, over the Tim Curry Criminal Justice Center of the State of Texas; and Bryan Collier et al., as the executive director of the Texas Department of Criminal Justice (CID), et al. We dismiss Relator's petition for want of jurisdiction.

An intermediate court of appeals has no general writ power over a person other than a judge of a district court or various county courts "in the court of appeals district"—unless issuance of the writ is necessary to enforce the jurisdiction of the court of appeals. TEX. GOV'T CODE ANN. § 22.221(a), (b) (West Supp. 2018).

Relator has not asserted that a writ of mandamus directed to any of the respondents named in the petition is necessary to enforce this court's jurisdiction. Furthermore, the 371st Judicial District Court is in Tarrant County and is not in the Eleventh Court of Appeals District, and we have no general writ power over a district clerk or the director of the TDCJ. *See id.* § 22.201(a), (c), (m) (setting out the composition of the fourteen courts of appeals districts), § 22.221(b) (general mandamus jurisdiction over certain judges only), § 24.516(a) (West 2004) (371st Judicial District Court is composed of Tarrant County); *see also In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). Therefore, we do not have jurisdiction to issue a writ of mandamus against any of the respondents named in Relator's petition.

Accordingly, Relator's petition is dismissed for want of jurisdiction.

PER CURIAM

August 1, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.